United States District Court
Southern District of Texas
**ENTERED**
October 21, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEMPLO EL SALVADOR ASSEMBLY OF GOD,<br>    Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE CO.<br>& JAY ADAME<br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. B: 15-138<br>§<br>§<br>§<br>§ |

## ORDER

On October 21, 2015, the Plaintiff filed a notice of non-suit, requesting that this case be dismissed with prejudice.

The Court **ORDERS** that the case is dismissed with prejudice. Each party shall bear its own costs.

DONE at Brownsville, Texas, on October 21, 2015.

_____
Andrew S. Hanen
United States District Judge

1